United States District Court
Southern District of Texas
**ENTERED**
May 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSWALD MISIGARO, TDCJ #01439608, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-1558 |
| BLESSING SMITH and MICHELLE NORTHCUTT, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date and the Memorandum Opinion and Order of July 19, 2024 (Docket Entry No. 20), this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 14th day of May, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE